The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEARL ANN CABILES, | No. C09-1114 RSL |
| Plaintiff, | |
| v. | ORDER GRANTING JPMORGAN CHASE BANK, N.A.'s MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) |
| WASHINGTON MUTUAL BANK; and DOES 1-50, | |
| Defendants. | |

This matter came before the Court on a Motion to Dismiss Pursuant to FRCP 12(b)(6), submitted by JPMorgan Chase Bank, N.A. ("Chase"), as acquirer of certain assets and liabilities of Washington Mutual Bank ("WaMu") from the Federal Deposit Insurance Corporation acting as receiver. Plaintiff has not filed a response. Pursuant to Local Rule 7(b)(2), "[i]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."

Plaintiff's complaint has failed to allege any specific facts supporting her legal claims. For this reason and the reasons set forth in defendant's motion, defendant's motion to dismiss (Dkt. #6) is GRANTED. Accordingly, all claims against WaMu and Chase are hereby dismissed with prejudice.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 2nd day of October, 2009.

*signature: Robt S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

Davis Wright Tremaine, LLP
Attorneys for JPMorgan Chase Bank, N.A., as
acquirer of certain assets and liabilities of
WaMu from the FDIC, acting as receiver

   *s/Matthew Sullivan*
Fred B. Burnside, WSBA #32491
Matthew Sullivan, WSBA #40873
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 757-8016
Fax: (206) 757-7016
e-mail: fredburnside@dwt.com
e-mail: matthewsullivan@dwt.com

ORDER (C09-1114 RSL) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700